ROSE DILEO, Appellant, *v.* EAGLE INDEMNITY COMPANY, Respondent.

FRANK DILEO, Appellant, *v.* EAGLE INDEMNITY COMPANY, Respondent.

(Argued December 12, 1933; decided January 9, 1934.)

*Ford White* for appellants.

*Albert T. O' Neill* for respondent.

Judgment in each action affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.